**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. XU JUN LEE Defendant. | Criminal Case No. 08CR0369 JLS **CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, STEVEN E. FELDMAN, am a citizen of the United States and am at least eighteen years of age. My business is located at 934 23rd Street, San Diego, California 92102.

I am not a party to the above-entitled action. I have caused service of the:

**NOTICE OF MOTIONS AND MOTIONS TO: 1) COMPEL DISCOVERY; 2) FOR LEAVE TO FILE FURTHER MOTIONS; and STATEMENT OF FACTS AND MEMORANDUM OF POINTS AND AUTHORITIES,**

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Leila Morgan
   Leila_Morgan@fd.org

**2.** Dale Blankenship, Esq.
   Assistant United States Attorney
   880 Front Street, Room 6293
   San Diego, California 92101

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 25, 2008

s/Steven E. Feldman
Attorney for Defendant XU JUN LEE
sfeldman77@san.rr.com