**STEVEN E. FELDMAN**, SBN 56979
LAW OFFICES OF STEVEN E. FELDMAN
934 23rd Street
San Diego, CA 92102
(619) 232-8649

Attorney for Defendant **XU JUN LEE**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE JANIS M. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>XU JUN LEE<br>Defendant. | Criminal Case No. 08CR0369 JLS<br>**NOTICE OF MOTIONS AND MOTIONS TO:**<br>**1) COMPEL DISCOVERY;**<br>**2) FOR LEAVE TO FILE FURTHER MOTIONS**<br>Date: March 21, 2008<br>Time: 1:30 p.m. |

TO: TO KAREN HEWITT, UNITED STATES ATTORNEY, and DALE BLANKENSHIP ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on Friday, March 21, 2008, at 1:30 p.m., or as soon thereafter as counsel may be heard, the defendant, XU JUN LEE, by and through his counsel, Steven E. Feldman, will ask this Court to enter an order granting the motions listed below.

**MOTIONS**

XU JUN LEE, the defendant in this case, by and through his attorney, Steven E. Feldman, pursuant to the Fourth, Fifth and Sixth Amendments to the United States Constitution, Fed. R. Crim. P. 12, 16 and 26, and all other applicable statutes, case law and local rules, hereby moves this Court for an order:

1) to compel discovery;

2) for leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

Dated: February 25, 2008

s/Steven E. Feldman
Attorney for Defendant XU JUN LEE
sfeldman77@san.rr.com