AL SMITHSON, Esq.
830 23rd Street
San Diego, California 92102
(619) 234-8729
Attorney State Bar No. 51611
Attorney for Material Witnesses:
MING ZHOU ZHU
LIANGNENG JIANG
YUHAI WANG
XUZAI DONG
LIQIU LIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(Honorable RUBEN B. BROOKS)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHEONG SAU WONG,<br>XU JUN LEE<br><br>Defendants. | CRIMINAL CASE 08CR0369-JLS<br>MAGISTRATE CASE 08MJ8096-PCL<br>DATE: March 13, 2008<br>TIME: 9:00 A.M.<br>COURTROOM B<br><br>NOTICE OF MOTION<br>AND MOTION FOR ORDER<br>SETTING VIDEO DEPOSITION<br>OF MATERIAL WITNESSES<br>MING ZHOU ZHU<br>LIANGNENG JIANG<br>YUHAI WANG<br>XUZAI DONG<br>LIQIU LIN |

TO: ALL NAMED PARTIES AND THEIR ATTORNEYS and ASSISTANT UNITED STATES ATTORNEY, Attorney for Plaintiff, THE UNITED STATES.

PLEASE TAKE NOTICE that on Thursday, March 13, 2008 at 9:00 A.M. in the Courtroom of the Honorable RUBEN B. BROOKS, or as soon thereafter as counsel may be heard, the material witnesses, MING ZHOU ZHU, LIANGNENG JIANG, YUHAI WANG, XUZAI DONG, and LIQIU LIN, by

///////

and through counsel, AL SMITHSON, will bring the above entitled motion.

**MOTION**

The material witnesses, MING ZHOU ZHU, LIANGNENG JIANG, YUHAI WANG, XUZAI DONG, and LIQIU LIN, by and through counsel, AL SMITHSON, and pursuant to Rule 15(a) of the Federal Rules of Criminal Procedure, and pursuant to 18 U.S.C. Section 3144, moves for an order to secure a video deposition of testimony of these material witnesses pending trial, and for an Order for release from custody immediately thereafter.

This motion will be made on the grounds that these witnesses are unable to meet any condition of release and that their testimony can be adequately secured by deposition and that detention is not necessary to prevent a failure of justice and that further detention imposes a severe hardship on the witnesses and their families.

This motion will be based upon the Declaration of Attorney AL SMITHSON, the Memorandum of Points and Authorities in support of this motion, and all documents and records on file herein, and upon such oral testimony as the Court may deem proper.

DATED: February 26, 2008

/s/ Al Smithson
AL SMITHSON, Attorney for
MING ZHOU ZHU
LIANGNENG JIANG
YUHAI WANG
XUZAI DONG
LIQIU LIN