AL SMITHSON, Esq.
830 23rd Street
San Diego, California 92102
(619) 234-8729
Attorney State Bar No. 51611
Attorney for Material Witnesses:
MING ZHOU ZHU
LIANGNENG JIANG
YUHAI WANG
XUZAI DONG
LIQIU LIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(Honorable RUBEN B. BROOKS)

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | CRIMINAL CASE 08CR0369-JLS<br>MAGISTRATE CASE 08MJ8096-PCL<br>DATE: March 13, 2008<br>TIME: 9:00 A.M.<br>COURTROOM B |
| v. | |
| CHEONG SAU WONG<br>XU JUN LEE<br>Defendants. | PROOF OF SERVICE |

I.

INTRODUCTION

I, the undersigned, state:

That I am over eighteen years of age, a resident of the County of San Diego, State of California, and not a party in the within action;

That my business address is: 830 23rd Street, San Diego, California 92102;

That I served the NOTICE OF MOTION and MOTION FOR VIDEOTAPE

**DEPOSITION OF MATERIAL WITNESSES; DECLARATION OF ATTORNEY IN SUPPORT OF MOTION FOR VIDEOTAPE DEPOSITION OF MATERIAL WITNESSES; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SETTING VIDEOTAPE DEPOSITION OF MATERIAL WITNESSES and the Proposed Order on counsel involved in this matter. These documents have been served on counsel of record and the AUSA via the Court's email notification system.**

**I certify under penalty of perjury that the foregoing is true and correct. Executed on February 26, 2008, at San Diego, California.**

**/s/ Al Smithson**
**AL SMITHSON, Attorney**
**For Material Witnesses**