AL SMITHSON, Esq.
830 23rd Street
San Diego, California 92102
(619) 234-8729
Attorney State Bar No. 51611
Attorney for Material Witnesses:
MING ZHOU ZHU
LIANGNENG JIANG
YUHAI WANG
XUZAI DONG
LIQIU LIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(Honorable RUBEN B. BROOKS)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHEONG SAU WONG,<br>XU JUN LEE<br><br>Defendants. | CRIMINAL CASE 08CR0396-JLS<br>MAGISTRATE CASE 08MJ8096-PCL<br>DATE: March 13, 2008<br>TIME: 9:00 A.M.<br><br>DECLARATION OF ATTORNEY AL SMITHSON IN SUPPORT OF MOTION FOR ORDER SETTING VIDEO DEPOSITION OF MATERIAL WITNESSES<br>MING ZHOU ZHU<br>LIANGNENG JIANG<br>YUHAI WANG<br>XUZAI DONG<br>LIQIU LIN |

I.

INTRODUCTION

I, AL SMITHSON, declare that I am an attorney, duly licensed to practice law in the State of California and in the United States District Court for the Southern District of California;

I am making this declaration on behalf of the material witnesses, MING ZHOU ZHU, LIANGNENG JIANG, YUHAI WANG, XUZAI DONG

and LIQIU LIN, who were arrested on or about January 29, 2008, and have remained in custody since that date.

The material witnesses have no friends, neighbors, or acquaintances in the United States who can qualify as an acceptable surety to accommodate their release from custody.

The material witnesses will have been in custody for 45 days as of the hearing date of this motion. All of them are under the age of 29. To continue to remain in custody imposes an extreme hardship on the material witnesses and on their families.

In view of these facts, material witnesses MING ZHOU ZHU, LIANGNENG JIANG, YUHAI WANG, XUZAI DONG and LIQIU LIN seek an Order for a video deposition from this Court. I have fully explained the procedures involved in this deposition process and received their promise of full cooperation in the video deposition process.

I am unaware of any reason why these witnesses should not be released from custody in this case after the video deposition pursuant to Rule 15 (a) of the Federal Rules of Criminal Procedure, and am further unaware of the existence of a statement of such reason by any other attorney on this case.

I believe it would be in the interests of justice to allow the testimony of these material witnesses in question to be secured by video deposition and to thereafter release the material witnesses to prevent them from suffering custody any longer than necessary in order to further justice in this case.

////

////

////

**I declare under penalty of perjury that the foregoing is true and correct.**

**DATED: February 26, 2008.**

**/s/ Al Smithson**
**AL SMITHSON, Attorney for Material Witnesses**
**MING ZHOU ZHU**
**LIANGNENG JIANG**
**YUHAI WANG**
**XUZAI DONG**
**LIQIU LIN**