**STEVEN E. FELDMAN**, SBN 56979
LAW OFFICES OF STEVEN E. FELDMAN
934 23rd Street
San Diego, CA 92102
(619) 232-8649

Attorney for Defendant **XU JUN LEE**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE JANIS M. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>XU JUN LEE<br><br>Defendant. | Criminal Case No. 08CR0369 JLS<br><br>**NOTICE OF JOINDER** |

TO: KAREN HEWITT, UNITED STATES ATTORNEY, and DALE BLANKENSHIP, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that defendant, Xu Jun Lee, by and through his attorney, Steven E. Feldman, hereby joins co-defendant Cheong Sau Wong's motion to:

1. Dismiss the Indictment due to misinstruction of the Grand Jury.

Respectfully submitted,

Dated: March 10, 2008

s/Steven E. Feldman
Attorney for Defendant XU JUN LEE
sfeldman77@san.rr.com