**LEILA W. MORGAN**
California State Bar No. 232874
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile: (619) 687-2666
Leila_Morgan@fd.org

Attorneys for Mr. Wong

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE RUBEN B. BROOKS)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**CHEONG SAU WONG,**<br>**XU JUN LEE,**<br><br>Defendants. | Case No. 08cr0369-JLS<br><br>**JOINT MOTION TO EXTEND THE TIME FOR TAKING DEPOSITIONS OF THE MATERIAL WITNESSES** |

TO: KAREN HEWITT, UNITED STATES ATTORNEY;
A. DALE BLAKENSHIP, ASSISTANT UNITED STATES ATTORNEY;
AL SMITHSON, ATTORNEY FOR THE MATERIAL WITNESSES;
STEVEN FELDMAN, ATTORNEY FOR XU JUN LEE.

Cheong Sau Wong, by and through his attorneys, Leila W. Morgan and Federal Defenders of San Diego, counsel for Mr.Wong, jointly moves with Assistant United States Attorney A. Dale Blakenship, Steven Feldman, counsel for the co-defendant, Xu Jun Lee, and Al Smithson, at counsel for the material witnesses, that the time for taking the material witness depositions be extended from May 1, 2008, until May 8, 2008.

The parties began taking the depositions in this case on April 16, 2008, at 9:00 a.m. The depositions were then continued at the request of defense counsel until April 29, 2008. Depositions resumed as scheduled. As of this filing, the parties have taken seventeen hours of testimony, and have completed the deposition of one witness, Liqiu Lin, and are near completion of another witness, Ming Zhou Zhu. Three additional

witnesses remain to be deposed. All parties have worked diligently to proceed with the depositions in the most expeditious manner possible. However, the process is taking longer than originally planned. In order to facilitate the completion of the depositions the parties have agreed to continue taking testimony from the witnesses on: Friday, May 2, 2008, beginning at 1:30 p.m., in order to accommodate the schedule of the interpreter and other parties; Monday, May 5, 2008, beginning at 10:30 a.m.; Tuesday, May 6, 2008, beginning at 9:00 a.m.; Wednesday, May 7, 2008 beginning at 9:00 a.m.; and Thursday, May 8, 2008, beginning at 9:00 a.m. Testimony has been and will be taken until 4:00 p.m. on all days, due to the requirements of the United States Marshall's Service regarding the transportation of the material witnesses to the facilities where they are housed.

Additionally, the parties anticipate that this Court will receive stipulations requesting the release of both Mr. Lin and Ms. Zhu on Thursday, May 1, 2008, as their testimony is completed. The parties have agreed to request the release of each material witness at the conclusion of their testimony, such that the will not remain in custody any longer than necessary.

The parties are confident that the depositions will conclude before the date of May 8, 2008, but request that this Court extend the period for taking the depositions until that date to ensure the completion of the depositions. All parties have agreed to the schedule and will be available to complete the depositions on these dates.

For the foregoing reasons, the parties jointly request that the time for the taking of the material witness depositions be extended from May 1, 2008, until May 8, 2008.

Dated: April 30, 2008

/s/ Leila W. Morgan
**LEILA W. MORGAN.**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Wong
Leila_Morgan@fd.org

Dated: April 30, 2008

/s/ Steven Feldman
**STEVEN FELDMAN**
Attorney for Mr. Lee

Dated: April 30, 2008

/s/ A. Dale Blankenship
**A. DALE BLAKENSHIP**
Assistant United States Attorney

Dated: April 30, 2008

/s/ Al Smithson
**AL SMITHSON**
Attorney for the Material Witnes

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**A. Dale Blakenship**
U S Attorneys Office Southern District of California
Criminal Division
880 Front Street
Suite 6253
San Diego, CA 92101
(619)557-5662
Fax: (619)235-2757
Email: Dale.Blakenship@usdoj.gov

**Steven E. Feldman**
Law Offices of Steven E. Feldman
934 23rd Street
San Diego, California 92101-1204
(619)232-8649
Fax: (619)232-8271
Email: sfeldman77@san.rr.com

**Al Smithson**
Law Office of Al Smithson
830 23rd Street
Ste. 208
San Diego, California 92101-1974
(619)234-8729
Fax: (619)234-8756
Email: alsmithson@cox.net

Dated: April 30, 2008

/s/ Leila W. Morgan

**LEILA W. MORGAN.**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Wong
Leila_Morgan@fd.org