FILED

'08 MAY -1 PM 12:21

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: [signature] DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CHEONG SAU WONG,<br>XU JUN LEE,<br>Defendants. | CRIMINAL CASE 08CR0369-JLS<br>MAGISTRATE CASE 08MJ8096-PCL<br><br>STIPULATED<br>ORDER RELEASING<br>MATERIAL WITNESS<br>LIQIU LIN |

On application of Attorney Al Smithson, on behalf of the above-named material witnesses, and good cause appearing:

1. IT IS HEREBY ORDERED that the material witness, LIQIU LIN, heretofore committed to the custody of the United States Marshal as a material witness be released from custody.

DATED: 5/1/2008

[signature]
UNITED STATES MAGISTRATE JUDGE

SO STIPULATED

Dated: 5/1/2008

[signature]
Attorney for Material Witness

[signature]
Attorney for CHEONG SAU WONG

[signature]
Assistant United States Attorney

[signature]
Attorney for Defendant XU JUN LEE