**LEILA W. MORGAN**
California Bar No. 232874
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Leila_Morgan@fd.org

Attorneys for Cheong Sau Wong

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>Cheong Sau Wong,<br>Xu Ju Lee<br>Defendant. | Criminal No. 08CR0369-JLS<br><br>ACKNOWLEDGMENT<br>OF NEXT COURT DATE |

I, Cheong Sau Wong, + Xu Ju Lee hereby acknowledge that my next court date to appear in the United States District Court for the Southern District of California is June 20, 2008, at 1:30 p.m. before the Honorable Janis L. Sammartino.

I declare that the foregoing is true and correct.

Dated: 5/5/08 [signature]
Cheong Sau Wong

Dated: 5/5/08 [signature]
Xu Ju Lee

# CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

A. Dale Blakenship
U S Attorneys Office Southern District of California
Criminal Division
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)235-2757
Email: Dale.Blakenship@usdoj.gov

**Steven E Feldman**
Law Offices of Steven E Feldman
934 23rd Street
San Diego, CA 92102-1914
(619)232-8649
Fax: (619)232-8271
Email: sfeldman77@san.rr.com

**Al Smithson**
Law Office of Al Smithson
830 23rd Street
Ste 208
San Diego, CA 92102-1974
(619)234-8729
Fax: (619)234-8756
Email: alsmithson@cox.net

Dated: May 5, 2008

/s/ Leila W. Morgan
LEILA W. MORGAN
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
Leila_Morgan@fd.org