PLEASE RECEIPT AND RETU...

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | CRIMINAL NO. 08cr 0369-JLS |
| vs. | Amended ORDER 08mj8096 |
| Cheong Sau Wong, Xu Jun Lee Defendant(s) | RELEASING MATERIAL WITNESS |
| | Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Ming Zhou Zhi

DATED: 5/1/08

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ____________ DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by ____________ Deputy Clerk

MAY -5 P 1:02

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

✩ U.S. GPO: 2003-581-774/70082