UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

PLEASE RECEIPT AND RETURN

UNITED STATES OF AMERICA,
Plaintiff

vs.

Cheong Sau Wong,
Xu Jun Lee
Defendant(s)

CRIMINAL NO. 08cr0369-JLS
08mj8096

Amended ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Liqiu Lin

DATED: 5/1/08

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ______________________
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by [signature]
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082