**PLEASE RECEIPT AND RETURN**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff

vs.

Cheong Sau Wong
Xu Jun Lee
Defendant(s)

CRIMINAL NO. 08cr369-JLS

ORDER 08mj8091

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge, RUBEN B. BROOKS

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Yuhai Wang

DATED: 5/6/08

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** ____________________
**DUSM**

**OR**

**W. SAMUEL HAMRICK, JR. Clerk**

**by** ____________________
**Deputy Clerk**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95