UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE RUBEN B. BROOKS)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>**CHEONG SAU WONG,**<br>**XU JUN LEE**<br><br>Defendant. | ) ) ) ) ) ) ) ) | CASE NO. 08CR0369-JLS<br><br>ORDER GRANTING JOINT MOTION TO EXTEND THE TIME FOR TAKING DEPOSITIONS OF MATERIAL WITNESSES [DOC. NO. 48] |

**IT IS HEREBY ORDERED** that the joint motion (docket no. 48) requesting the extension of the time scheduled for the taking of material witness depositions, from May 1, 2008, until May 8, 2008, be **GRANTED.**

**SO ORDERED.**

Dated: May 6, 2008

**HONORABLE RUBEN B. BROOKS**
United States Magistrate Judge