RECEIVED
U.S. MARSHAL
SOUTHERN DISTRICT
CALIFORNIA
2008 MAY -8 P 4: 10

PLEASE RECEIPT AND RETURN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff

vs.

CHEONG SAU WONG,
XU JUN LEE

Defendant(s)

CRIMINAL NO. 08 CR 369 - JLS
08 MJ 8096 - PCL

ORDER

RELEASING MATERIAL WITNESS

Booking No.

RUBEN B. BROOKS

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

LIANGNENG JIANG

DATED: 5/8/08

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ______________
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by Elizabeth Lloyd
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

✩ U.S. GPO: 2003-581-774/70082