FILED

08 MAY 21 AM 9: 11

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY [signature] DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HON. JANIS M. SAMMARTINO)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>XU JUN LEE,<br>Defendant. | ) | CASE NO. **08cr0369JLS**<br><br>ORDER REGARDING PAYMENT OF INTERIM FEE REQUEST |

**IT IS HEREBY ORDERED** that the interim fee request of Steven E. Feldman, in case number 08cr0369 JLS, is hereby approved.

Dated: 5/20/08

[signature]
Honorable Janis M. Sammartino
United States District Court Judge