**STEVEN E. FELDMAN**
State Bar No. 56979
934 23rd Street
San Diego, California 92102
(619) 232-8649

Attorney for Defendant
**XU JUN LEE**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Janis L. Sammartino)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>XU JUN LEE,<br>Defendant. | Case No. 08CR0369-JLS<br><br>**NOTICE OF MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO SUPPRESS EVIDENCE**<br><br>Date: June 20, 2008<br>Time: 1:30 p.m. |

TO: KAREN HEWITT, UNITED STATES ATTORNEY AND DALE BLANKENSHIP, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on June 20, 2008 at 1:30 p.m., or as soon as counsel may be heard, XU JUN LEE, through his counsel, Steven E. Feldman, will move this Court to suppress evidence obtained as a result of the detention and arrest of Xu Jun Lee.

The evidence which is sought to be suppressed includes, but is not limited to:

1. Five cell phones (2 Motorola i855's, Sanyo Spring, Samsung Verizon, and Verizon);

2. Two Midland GXT 756 two-way radios;

3. U.S. currency ($11,300); Korean currency (7,000) and Chinese currency (835)

/

/

/

**MOTION**

This motion is based on the Fourth Amendment to the United States Constitution. This motion is based on the instant Notice of Motion, the attached Statement of Facts and Memorandum of Points and Authorities, the files and records in the above-entitled case, and any and all other evidence which may be brought to this Court's attention prior to or at the time of the hearing on this motion.

DATED: June 5, 2008

Respectfully submitted,

*s/Steven E. Feldman*

STEVEN E. FELDMAN
Attorney for Defendant
XU JUN LEE
sfeldman77@san.rr.com