# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>XU JUN LEE<br>Defendant. | ) | Criminal Case No. 08CR0369 JLS<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, PATRICIA HAGEN, am a citizen of the United States and am at least eighteen years of age. My business is located at 934 23rd Street, San Diego, California 92102.

I am not a party to the above-entitled action. I have caused service of the:

**NOTICE OF MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO SUPPRESS EVIDENCE**

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**1.** Dale Blakenship, Esq.
Assistant United States Attorney
880 Front Street, Room 6293
San Diego, California 92101
Dale.Blakenship@usdoj.gov

2. Leila W. Morgan, Esq.
Federal Defenders
225 Broadway, Ste. 900
San Diego, CA 92101-5030
Leila_Morgan@fd.org

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 5, 2008

Patricia Hagen
patti@sflaw.sdcoxmail.com