UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>**CHEONG SAU WONG**, et al.,<br>Defendants. | ) | Case No. 08CR0369-JLS<br><br>ORDER CONTINUING MOTION HEARING |

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** that the motion hearing currently set for June 20, 2008, at 1:30 p.m., be continued until August 15, 2008, at 1:30 p.m. The Court finds that time should be excluded under the Speedy Trial Act. The defendants are on bond and shall file signed acknowledgments of the next court date.

**SO ORDERED.**

DATED: June 18, 2008

Janis L. Sammartino

Honorable Janis L. Sammartino
United States District Judge