**STEVEN E. FELDMAN**, SBN 56979
LAW OFFICES OF STEVEN E. FELDMAN
934 23rd Street
San Diego, CA 92102
(619) 232-8649

Attorney for Defendant **XU JUN LEE**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>XU JUN LEE<br>Defendant. | Criminal Case No. 08CR0369 JLS<br>**ACKNOWLEDGMENT OF COURT APPEARANCE** |

I, **XU JUN LEE**, acknowledge that my next court appearance is on August 15, 2008, at 1:30 p.m.

Dated: 6/23/08

XU JUN LEE

Case 3:08-cr-00369-JLS Document 72 Filed 06/27/2008 Page 1 of 1

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>XU JUN LEE<br>Defendant. | Criminal Case No. 08CR0369 JLS<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, PATRICIA HAGEN, am a citizen of the United States and am at least eighteen years of age. My business is located at 934 23rd Street, San Diego, California 92102.

I am not a party to the above-entitled action. I have caused service of the:

**ACKNOWLEDGMENT OF COURT APPEARANCE**

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**1.** Dale Blakenship, Esq.
Assistant United States Attorney
880 Front Street, Room 6293
San Diego, California 92101
Dale.Blakenship@usdoj.gov

2. Leila W. Morgan, Esq.
Federal Defenders
225 Broadway, Ste. 900
San Diego, CA 92101-5030
Leila_Morgan@fd.org

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 27, 2008

Patricia Hagen
patti@sflaw.sdcoxmail.com